UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE SANCHEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF FRESNO, FRESNO POLICE DEPARTMENT, DERRICK JOHNSON, JOHN DOE, and DOES 1-100,<br><br>　　　　　Defendant<br>_____/ | Case No. 1:13-cv-291 LJO-BAM<br><br>ORDER SETTING STATUS CONFERENCE<br><br>**PLAINTIFF'S APPEARANCE REQUIRED**<br><br>**Date: October 23, 2013**<br>**Time: 9:00 a.m.**<br>**Dept.: 8 (BAM)** |

　　　　On September 9, 2013, the Court conducted a hearing on the Layfield Law Firm's Motion to Withdraw as attorney of record in this case. At the hearing, Counsel indicated that there has been an irreparable breakdown in communication with their client Plaintiff Jeannette Sanchez. Based on these representations, the Court permitted Plaintiff's Counsel to withdraw from this case. Plaintiff is hereby advised that she no longer has an attorney to represent her in this case. While Plaintiff may choose to continue to represent herself, the Court strongly recommends that she obtain a new attorney to handle this litigation on her behalf.

　　　　Accordingly, the Court sets a status conference in this matter for **Tuesday, October 23, 2013 at 9:00 a.m.** in Department 8 of this Court (BAM). Plaintiff Jeanette Sanchez is directed to appear at the conference in person. At the conference, Plaintiff Jeanette Sanchez shall be prepared to discuss

whether she has hired new counsel, or in the alternative, whether she will proceed in pro per in this matter. The Court intends to select a date for a scheduling conference and Plaintiff must be prepared to proceed in case, either with or without counsel.

**Plaintiff is advised that failure to appear at the status conference in person may result in dismissal of this action under Federal Rule of Civil Procedure 41(b).**

IT IS SO ORDERED.

Dated: **September 16, 2013**            /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE

2